

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00781-CV

**CITY OF SHAVANO PARK**,
Appellant

v.

**ARD MOR, INC.,** Texas Ardmor Properties, L.P., and Texas Ardmor Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

## O R D E R

    The Appellee's Motion to Extend Time to File Brief is GRANTED. The appellee's brief is due on January 30, 2015.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court